UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 10-02-DLB-8

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.            **ORDER ADOPTING REPORT AND RECOMMENDATION**

CARRIE M. DYER                                                                DEFENDANT

\*\*\*   \*\*\*   \*\*\*   \*\*\*

   This matter is before the Court upon the March 13, 2012 Amended Report and Recommendation (Amended R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of four (4) months imprisonment. (Doc. # 274)  Upon release from imprisonment, the Magistrate Judge recommends that Defendant be transported by the United States Marshal to an inpatient drug treatment facility designated by the United States Probation Office to successfully complete long term drug treatment. (*Id.*).  After completing drug treatment, the Magistrate Judge further recommends that Defendant shall serve the remaining term of her supervised release.  (*Id.*).

   At the final revocation hearing held on February 24, 2012, Defendant stipulated to the violations contained in the Supervised Release Violation Report of United States Probation Officer Allison Biggs.  (Doc. # 268).  On February 29, 2012, the matter came before the Magistrate Judge for final sentencing, at which time he made oral findings of fact and conclusions of law, and offered an oral report and recommendation.  (Doc. # 269).

Defendant subsequently filed a Motion to Reopen the Final Hearing (Doc. # 270) to offer additional arguments relevant to her recommended sentence, which was granted. (Doc. # 271). After conducting the additional hearing on March 12, 2012 (Doc. # 273), the Magistrate Judge submitted an Amended Report and Recommendation which is presently before the Court. (Doc. # 274).

Defendant having executed a waiver of her right to allocution (Doc. # 267), there being no objections filed to the Magistrate Judge's Amended R&R, and the time to do so having now expired, the Amended R&R is ripe for the Court's consideration. Having reviewed the Amended R&R, and the Court concluding that it is sound in all respects, including the recommended sentence and the basis for said sentence, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Amended Report and Recommendation (Doc. # 274) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of her supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period **four (4) months**. Upon release from incarceration, Defendant shall be transported by the United States Marshal to an appropriate inpatient drug treatment facility to be designated by the United States Probation Office where she shall successfully complete long term drug treatment. Upon conclusion of treatment, she shall be released to serve the remaining term of her supervised release; and

(5)   A judgment shall be entered contemporaneously herewith.

This 13th day of April, 2012.



G:\DATA\ORDERS\Ashland Criminal\2010\10-02 Dyer Order adopting R&R on SRV.wpd